# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

In Re:  )   BK No.: 17-33556
Margarita Enciso )
 )   Chapter: 13
 )   Honorable Janet S. Baer
 )
 )
 )
Debtor(s) )

**Order Granting Motion to Modify Automatic Stay and for Relief from the Co-Debtor Stay**

This cause coming before the Court upon the Motion of Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V, to Modify the Automatic Stay pursuant to section 362 of the Bankruptcy Code and for Relief from the Co-Debtor Stay pursuant to section 1301, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Motion of Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V, to Modify Automatic Stay is granted as set for herein.

2. Thae Motion for Relief from the Co-Debtor Stay as it relates to Aristeo Enciso is granted as set forth herein.

3. The automatic stay of 11 U.S.C. section 362 of the Bankruptcy Code and the co-debtor stay protection of section 1301 as to Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V, are modified and Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V, is permitted to enforce its security interest in and liquidate the property commonly known as 914 SYMPHONY DRIVE, AURORA, IL 60504.

4. That Bankruptcy Rule 4001(a)(3) is waived by the Court.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  July 20, 2018

**Prepared by:**

D. Anthony Sottile (IN 27696-49)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: (513) 444.4100
bankruptcy@sottileandbarile.com